James **BETRES** et al.

v.

## COASTAL RESOURCES MANAGEMENT COUNCIL et al.

### No. 80–489–M.P.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Jeremiah S. Jeremiah, Jr., Cranston, for petitioners.

Carroll, Kelly & Murphy, James E. Murphy, Goldman, Biafore & Hines, Dennis H. Esposito, Providence, for respondents.

### ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., did not participate.

James E. **CORREIA**, Jr.

v.

## DEPARTMENT OF EMPLOYMENT SECURITY.

### No. 77–224–Appeal.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for plaintiff.

Charles H. McLaughlin, Providence, for defendant.

### ORDER

This matter is before the court on an order directing the plaintiff to show cause why his appeal should not be dismissed since the trial justice apparently did not abuse his discretion in awarding a counsel fee. No cause having been shown to us, we hereby dismiss the appeal.

Raymond **LANTHIER**

v.

## NOTRE DAME CHURCH.

### No. 80–188–Appeal.

Supreme Court of Rhode Island.

Dec. 11, 1980.

John F. McBurney, Pawtucket, for plaintiff.

Breslin & Sweeney, John G. Earle, Warwick, for defendant.

### ORDER

This is a defendant's motion to affirm a judgment entered in its favor in the Superior Court after a hearing. The motion was considered by us at oral argument held on Monday, December 1, 1980.

After consideration of the record and arguments, it is hereby ordered that the motion to affirm is granted and the judgment of the Superior Court is affirmed.

MURRAY, J., did not participate.